B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Van Der Molen Recreational Properties, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-1647296** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**380 S. Schmale Rd.**<br>**Carol Stream, IL**<br>ZIP Code **60188** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   **1500 Jellystone Park Dr.**<br>**Tomah, WI 54660** | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)                                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Van Der Molen Recreational Properties, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Edward Van Der Molen** | Case Number: **08-32493** | Date Filed: **11/26/08** |
|---|---|---|
| District: **Northern District Illinois, Eastern Division** | Relationship: **President** | Judge: **Pamela S. Hollis** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                              Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Van Der Molen Recreational Properties, Inc.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X  **/s/ John A. Lipinsky**
    Signature of Attorney for Debtor(s)

    **John A. Lipinsky 6207678**
    Printed Name of Attorney for Debtor(s)

    **Coman & Anderson, P.C.**
    Firm Name

    **2525 Cabot Drive**
    **Suite 300**
    **Lisle, IL 60532**

    Address

        **Email: jlipinsky@comananderson.com**
    **630/428-2660  Fax: 630/428-2549**
    Telephone Number

    **November 26, 2008**
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Edward Van Der Molen**
    Signature of Authorized Individual

    **Edward Van Der Molen**
    Printed Name of Authorized Individual

    **President**
    Title of Authorized Individual

    **November 26, 2008**
    Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Van Der Molen Recreational Properties, Inc.__        Case No. _____

                                   Debtor(s)        Chapter    __11__ _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alliant Utilities Shared Savings**<br>**P.O. Box 3068**<br>**Cedar Rapids, IA 52406-3068** | **Alliant Utilities Shared Savings**<br>**P.O. Box 3068**<br>**Cedar Rapids, IA 52406-3068** | **Utilities** | **Contingent**<br>**Unliquidated** | **434,236.00** |
| **Aspen Ave. Development, Inc.**<br>**380 Schmale**<br>**Ste. 100**<br>**Carol Stream, IL 60188** | **Aspen Ave. Development, Inc.**<br>**380 Schmale**<br>**Ste. 100**<br>**Carol Stream, IL 60188** | **Lease obligation** | **Contingent**<br>**Unliquidated** | **224,280.00** |
| **Bank of Mauston**<br>**503 State Hwy. 82 East**<br>**Mauston, WI 53948** | **Bank of Mauston**<br>**503 State Hwy. 82 East**<br>**Mauston, WI 53948** | **Campground located at**<br>**1500 Jellystone Park Dr.**<br>**Tomah, WI 54660** | **Contingent**<br>**Unliquidated** | **25,040,000.00**<br>**(6,000,000.00 secured)**<br>**(6,083,262.00 senior lien)** |
| **Bruce Bryant**<br>**213 N. Friendswood Dr.**<br>**Friendswood, TX 77546** | **Bruce Bryant**<br>**213 N. Friendswood Dr.**<br>**Friendswood, TX 77546** | **Campground located at**<br>**1500 Jellystone Park Dr.**<br>**Tomah, WI 54660** | **Contingent**<br>**Unliquidated** | **5,000,000.00**<br>**(6,000,000.00 secured)**<br>**(31,123,262.00 senior lien)** |
| **Cicardo, Tom and Lori**<br>**S5565 U.S. Hwy. 14**<br>**Viroqua, WI 54665** | **Cicardo, Tom and Lori**<br>**S5565 U.S. Hwy. 14**<br>**Viroqua, WI 54665** | **Loan** | **Contingent**<br>**Unliquidated** | **554,000.00** |
| **Drummer Boy, Inc.**<br>**94 Meade Dr.**<br>**Gettysburg, PA 17325** | **Drummer Boy, Inc.**<br>**94 Meade Dr.**<br>**Gettysburg, PA 17325** | **Lease obligation** | **Contingent**<br>**Unliquidated** | **92,800.00** |
| **Ecolab**<br>**P.O. Box 70343**<br>**Chicago, IL 60673** | **Ecolab**<br>**P.O. Box 70343**<br>**Chicago, IL 60673** | **Trade debt** | | **80,481.00** |
| **Ferrell Gas**<br>**P.O. Box 17390**<br>**Denver, CO 80217-3940** | **Ferrell Gas**<br>**P.O. Box 17390**<br>**Denver, CO 80217-3940** | **Utility** | | **110,925.00** |
| **Harlan Recreatioal Properties**<br>**1206 Red Cedar Court**<br>**Onalaska, WI 54650** | **Harlan Recreatioal Properties**<br>**1206 Red Cedar Court**<br>**Onalaska, WI 54650** | **Lease obligations** | **Contingent**<br>**Unliquidated** | **269,963.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   __Van Der Molen Recreational Properties, Inc.__                    Case No.   _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Jeffrey Drive Business Park**<br>**380 S. Schmale Rd.**<br>**Ste. 100**<br>**Carol Stream, IL 60188** | **Jeffrey Drive Business Park**<br>**380 S. Schmale Rd.**<br>**Ste. 100**<br>**Carol Stream, IL 60188** | **Lease Obligations** | **Contingent**<br>**Unliquidated** | **264,366.00** |
| **Kathleen K. Gneuhs, LLC**<br>**574 Dunhill Dr.**<br>**Lake Zurich, IL 60047** | **Kathleen K. Gneuhs, LLC**<br>**574 Dunhill Dr.**<br>**Lake Zurich, IL 60047** | **Lease obligation** | **Contingent**<br>**Unliquidated** | **81,425.00** |
| **Leisure Systems, Inc.**<br>**50 W. Techcenter Dr.**<br>**Ste. G**<br>**Milford, OH 45150-9879** | **Leisure Systems, Inc.**<br>**50 W. Techcenter Dr.**<br>**Ste. G**<br>**Milford, OH 45150-9879** | **Francise fees** | | **180,000.00** |
| **Monroe County Treasurer**<br>**202 S. K. St., Room 3**<br>**Sparta, WI 54656** | **Monroe County Treasurer**<br>**202 S. K. St., Room 3**<br>**Sparta, WI 54656** | **Real estate taxes** | | **400,000.00** |
| **Rail Sidings of Kenosha, LLC**<br>**380 Schmale Rd.**<br>**Ste. 100**<br>**Carol Stream, IL 60188** | **Rail Sidings of Kenosha, LLC**<br>**380 Schmale Rd.**<br>**Ste. 100**<br>**Carol Stream, IL 60188** | **Lease obligations** | **Contingent**<br>**Unliquidated** | **253,761.00** |
| **Salter Path Camp Ground, Inc.**<br>**P.O. Box 2323**<br>**Atlantic Beach, NC 28512** | **Salter Path Camp Ground, Inc.**<br>**P.O. Box 2323**<br>**Atlantic Beach, NC 28512** | **Lease obligation and loan** | **Contingent**<br>**Unliquidated** | **1,882,500.00** |
| **Severson & Associates**<br>**P.O. Box 130**<br>**Galesville, WI 54630** | **Severson & Associates**<br>**P.O. Box 130**<br>**Galesville, WI 54630** | **Trade debt** | | **73,418.00** |
| **United Bank**<br>**203 E. Main St.**<br>**Mondovi, WI 54755** | **United Bank**<br>**203 E. Main St.**<br>**Mondovi, WI 54755** | **Campground located at 1500 Jellystone Park Dr. Tomah, WI 54660** | | **4,605,184.00 (6,000,000.00 secured) (1,478,078.00 senior lien)** |
| **Village of Warrens**<br>**211 Church St.**<br>**Warrens, WI 54666** | **Village of Warrens**<br>**211 Church St.**<br>**Warrens, WI 54666** | **Room taxes** | | **297,549.00** |
| **W&C Printing Company, Inc.**<br>**P.O. Box 307**<br>**Winona, MN 55987** | **W&C Printing Company, Inc.**<br>**P.O. Box 307**<br>**Winona, MN 55987** | **Trade debt** | | **93,895.00** |
| **Wisconsin Dept. of Revenue**<br>**2135 Rimrock Rd.**<br>**P.O. Box 8949 Stop 5-77**<br>**Madison, WI 53708** | **Wisconsin Dept. of Revenue**<br>**2135 Rimrock Rd.**<br>**P.O. Box 8949 Stop 5-77**<br>**Madison, WI 53708** | **Sales tax** | | **330,083.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Van Der Molen Recreational Properties, Inc.**                              Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 26, 2008**                    Signature    **/s/ Edward Van Der Molen**

                                                            **Edward Van Der Molen**
                                                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6A (Official Form 6A) (12/07)

In re   **Van Der Molen Recreational Properties, Inc.**                          ,   Case No. _____

                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Campground located at 1500 Jellystone Park Dr. Tomah, WI 54660** | | - | 6,000,000.00 | 36,123,262.00 |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **6,000,000.00** | (Total of this page) |
| | | Total > | **6,000,000.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Van Der Molen Recreational Properties, Inc.**                                      Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **6776** <br><br> **Bank of Mauston** <br> **503 State Hwy. 82 East** <br> **Mauston, WI 53948** | X | - | 11/15/2007 <br><br> **Third Mortgage** <br><br> **Campground located at** <br> **1500 Jellystone Park Dr.** <br> **Tomah, WI 54660** <br> Value $ 6,000,000.00 | X | X | | 25,040,000.00 | 25,040,000.00 |
| Account No. <br><br> **Bank of the West** <br> **P.O. Box 1295** <br> **Issaquah, WA 98027** | | - | **Furniture, fixtures and equipment** <br><br><br> Value $ 0.00 | | | | 5,500.00 | Unknown |
| Account No. <br><br> **Bruce Bryant** <br> **213 N. Friendswood Dr.** <br> **Friendswood, TX 77546** | | - | 3/15/08 <br><br> **Fourth Mortgage** <br><br> **Campground located at** <br> **1500 Jellystone Park Dr.** <br> **Tomah, WI 54660** <br> Value $ 6,000,000.00 | X | X | | 5,000,000.00 | 5,000,000.00 |
| Account No. <br><br> **Canon Financial Services, Inc.** <br> **P.O. Box 4004** <br> **Carol Stream, IL 60197-4004** | | - | **Copier** <br><br><br> Value $ 0.00 | | | | 485.30 | Unknown |
| **3** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 30,045,985.30 | 30,040,000.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

**B6D (Official Form 6D) (12/07) - Cont.**

In re  **Van Der Molen Recreational Properties, Inc.**                                          ,          Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Furniture, fixtures and equipment | | | | | |
| Carlton Financial 1907 East Wayzata Blvd. Ste. 180 Wayzata, MN 55391 | - | | | | X | X | | | |
| | | | | Value $              0.00 | | | | 3,192,000.00 | Unknown |
| Account No. | | | | Furniture, fixtures and equipment | | | | | |
| Dolphin Capital Corp. P.O. Box 605 Moberly, MO 65270-0605 | - | | | | | | | | |
| | | | | Value $              0.00 | | | | 346.00 | Unknown |
| Account No. | | | | Furniture, fixtures and equipment | | | | | |
| George L. Welch Welch Leasing 440 N. McClurg Ct., Ste. 711 Chicago, IL 60611 | - | | | | | | | | |
| | | | | Value $              0.00 | | | | 68,693.00 | Unknown |
| Account No. | | | | Furniture, fixtures and equipment | | | | | |
| Great Lakes Commercial Sales, Inc. 12705 Robin Lane Brookfield, WI 53005 | - | | | | | | | | |
| | | | | Value $              0.00 | | | | 1,636.00 | Unknown |
| Account No. | | | | Furniture, fixtures and equipment | | | | | |
| Ingersoll Rand Financial Div. of CitiCapital Comm. Corp. P.O. Box 6229 Carol Stream, IL 60197-6229 | - | | | | | | | | |
| | | | | Value $              0.00 | | | | 20,079.00 | Unknown |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 3,282,754.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Van Der Molen Recreational Properties, Inc.**_____,    Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Leaf Financial** <br> **P.O. Box 643172** <br> **Cincinnati, OH 45264-3172** | - | | Furniture, fixtures and equipment and golf carts <br><br><br> Value $         0.00 | X | X | | 133,489.00 | Unknown |
| Account No. <br><br> **Marlin Leasing** <br> **P.O. Box 13604** <br> **Philadelphia, PA 19101-3604** | - | | Furniture, fixtures and equipment <br><br><br> Value $         0.00 | | | | 10,247.00 | Unknown |
| Account No. <br><br> **Merchants Capital** <br> **P.O. Box 248** <br> **Winona, MN 55987** | - | | Furniture, fixtures and equipment <br><br><br> Value $         0.00 | | | | 1,898.00 | Unknown |
| Account No. <br><br> **PACJETS Financial Ltd.** <br> **P.O. Box 1170** <br> **Milwaukee, WI 53201** | - | | Furniture, fixtures and equipment and golf carts <br><br><br> Value $         0.00 | X | X | | 91,001.00 | Unknown |
| Account No. <br><br> **Puget Sound Leasing Co., Inc.** <br> **P.O. Box 1295** <br> **Issaquah, WA 98027-1295** | - | | Furniture, fixtures and equipment <br><br><br> Value $         0.00 | | | | 13,293.00 | Unknown |

Sheet __2__ of __3__ continuation sheets attached to                                 Subtotal
Schedule of Creditors Holding Secured Claims                              (Total of this page)

| Subtotal | Unsecured |
|---|---|
| 249,928.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Van Der Molen Recreational Properties, Inc.**                              ,    Case No. _____
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**TextronFinancial Corp.**<br>**Dept. AT 40219**<br>**Atlanta, GA 31192-0219** | - | | Furniture, fixtures and equipment and golf carts<br><br>Value $                0.00 | X | X | | 124,182.00 | Unknown |
| Account No. **8321**<br><br>**United Bank**<br>**203 E. Main St.**<br>**Mondovi, WI 54755** | - | | 1/28/2005<br><br>First Mortgage<br><br>Campground located at 1500 Jellystone Park Dr. Tomah, WI 54660<br>Value $        6,000,000.00 | | | | 1,478,078.00 | 0.00 |
| Account No. **8327**<br><br>**United Bank**<br>**203 E. Main St.**<br>**Mondovi, WI 54755** | - | | 1/28/2005<br><br>Second Mortgage<br><br>Campground located at 1500 Jellystone Park Dr. Tomah, WI 54660<br>Value $        6,000,000.00 | | | | 4,605,184.00 | 83,262.00 |
| Account No.<br><br>**VGM Financial Services**<br>**P.O. Box 78523**<br>**Milwaukee, WI 53278-0523** | - | | Furniture, fixtures and equipment and golf carts<br><br>Value $                0.00 | | | | 28,162.00 | Unknown |
| Account No.<br><br>**Yard Card Plus**<br>**P.O. Box 688**<br>**Memphis, TN 38101-0688** | - | | Furniture, fixtures and equipment<br><br>Value $                0.00 | | | | 9,500.00 | Unknown |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | 6,245,106.00 | 83,262.00 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 39,823,773.30 | 30,123,262.00 |

B6E (Official Form 6E) (12/07)

.

In re   **Van Der Molen Recreational Properties, Inc.**                              ,   Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                        ___1___   continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Van Der Molen Recreational Properties, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2008 | | | | | | |
| Monroe County Treasurer 202 S. K. St., Room 3 Sparta, WI 54656 | | - | Real estate taxes | | | | 400,000.00 | Unknown | Unknown |
| Account No. | | | July - Sept. 2008 | | | | | | |
| Village of Warrens 211 Church St. Warrens, WI 54666 | | - | Room taxes | | | | 297,549.00 | Unknown | Unknown |
| Account No. | | | Aug, Sept. 2008 | | | | | | |
| Wisconsin Dept. of Revenue 2135 Rimrock Rd. P.O. Box 8949 Stop 5-77 Madison, WI 53708 | | - | Sales tax | | | | 330,083.00 | Unknown | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 1,027,632.00 |  0.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 1,027,632.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Van Der Molen Recreational Properties, Inc.**_____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Adlit Distributing & Publishing P.O. Box 600 Wisconsin Dells, WI 53965** | - | | | | | | | | 17,821.00 |
| Account No. | | | | | | | | | |
| **Agudelo, Carlos 281 Kinnelon Rd. Kinnelon, NJ 07405** | - | | | | | | | | 17,681.00 |
| Account No. | | | | | | | | | |
| **Alexander, Richard L. 449 Hyland Dr. Stoughton, WI 53589** | - | | | | | | | | 20,279.00 |
| Account No. | | | | | Utilities | | | | |
| **Alliant Utilities Shared Savings P.O. Box 3068 Cedar Rapids, IA 52406-3068** | - | | | | | X | X | | 434,236.00 |
| _7_  continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 490,017.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:35169-081118    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Van Der Molen Recreational Properties, Inc.**_____,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Answer Connect P.O. Box 80040 Portland, OR 97280 | - | | | | | | 33,058.00 |
| Account No. | | | Lease obligation | | | | |
| Aspen Ave. Development, Inc. 380 Schmale Ste. 100 Carol Stream, IL 60188 | - | | | X | X | | 224,280.00 |
| Account No. | | | | | | | |
| Bartingale Mechanical, Inc. P.O. Box 1027 Eau Claire, WI 54702 | - | | | | | | 33,586.00 |
| Account No. | | | | | | | |
| CBS Outdoor P.O. Box 33074 Newark, NJ 07188-0074 | - | | | | | | 17,364.00 |
| Account No. | | | | | | | |
| Charter Media P.O. Box 78876 Milwaukee, WI 53278 | - | | | | | | 19,206.00 |

Sheet no. __1___ of __7___ sheets attached to Schedule of                                         Subtotal                         327,494.00
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Van Der Molen Recreational Properties, Inc.**                              , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 7/15/2007 Loan | | | | |
| Cicardo, Tom and Lori S5565 U.S. Hwy. 14 Viroqua, WI 54665 | - | | | X | X | | 554,000.00 |
| Account No. | | | | | | | |
| Daniel Coglianese Living Trust 1536 N. 20th Ave. Melrose Park, IL 60160 | - | | | | | | 24,465.00 |
| Account No. | | | | | | | |
| Dax Investments, LLC 2119 Hall Rd. Hartford, WI 53027 | - | | | | | | 17,183.00 |
| Account No. | | | Lease obligation | | | | |
| Drummer Boy, Inc. 94 Meade Dr. Gettysburg, PA 17325 | - | | | X | X | | 92,800.00 |
| Account No. | | | Trade debt | | | | |
| Ecolab P.O. Box 70343 Chicago, IL 60673 | - | | | | | | 80,481.00 |

Sheet no. __2__ of __7__ sheets attached to Schedule of                                  Subtotal
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)            768,929.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Van Der Molen Recreational Properties, Inc.** ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Farner Bocken Company**<br>**P.O. Box 368**<br>**Hwy. 30 Wast**<br>**IA 51410** | - | | | | | | 25,346.00 |
| Account No.<br><br>**Ferrell Gas**<br>**P.O. Box 17390**<br>**Denver, CO 80217-3940** | - | | Utility | | | | 110,925.00 |
| Account No.<br><br>**Harlan Recreatioal Properties**<br>**1206 Red Cedar Court**<br>**Onalaska, WI 54650** | - | | Lease obligations | X | X | | 269,963.00 |
| Account No.<br><br>**Jeffrey Drive Business Park**<br>**380 S. Schmale Rd.**<br>**Ste. 100**<br>**Carol Stream, IL 60188** | - | | Lease Obligations | X | X | | 264,366.00 |
| Account No.<br><br>**Kathleen K. Gneuhs, LLC**<br>**574 Dunhill Dr.**<br>**Lake Zurich, IL 60047** | - | | Lease obligation | X | X | | 81,425.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  752,025.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Van Der Molen Recreational Properties, Inc.**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Kingdom Properties, LLC**<br>**380 S. Schmale Rd.**<br>**Ste. 100**<br>**Carol Stream, IL 60188** | - | | | | | | | 31,462.00 |
| Account No.<br><br>**LaBancz, Robin**<br>**13207 Danner Path**<br>**Red Wing, MN 55066** | - | | | | | | | 33,750.00 |
| Account No.<br><br>**Leisure Systems, Inc.**<br>**50 W. Techcenter Dr.**<br>**Ste. G**<br>**Milford, OH 45150-9879** | - | | | **Francise fees** | | | | 180,000.00 |
| Account No.<br><br>**Marvel, Inc.**<br>**295 Buckingham Dr.**<br>**Branson, MO 65616** | - | | | | | | | 25,836.00 |
| Account No.<br><br>**Paigen, Beverly**<br>**70 Old Farm Rd.**<br>**Bar Harbor, ME 04609** | - | | | | | | | 33,807.00 |

Sheet no. __4___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **304,855.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Van Der Molen Recreational Properties, Inc.** _____,     Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | | | | | |
| Paris, William 6210 McDonald Rd. Roscoe, IL 61073 | | | | | | | | 31,265.00 |
| Account No. | | - | | | | | | |
| Quagliano, Timothy J. 8132 Raphael Dr. Dubuque, IA 52003 | | | | | | | | 21,399.00 |
| Account No. | | - | | Lease obligations | X | X | | |
| Rail Sidings of Kenosha, LLC 380 Schmale Rd. Ste. 100 Carol Stream, IL 60188 | | | | | | | | 253,761.00 |
| Account No. | | - | | | | | | |
| Ramaker & Associates, Inc. 1120 Dallas St. Sauk City, WI 53583 | | | | | | | | 29,756.00 |
| Account No. | | - | | | | | | |
| Rezin Construction 1602 Rezin Rd. Tomah, WI 54660-0456 | | | | | | | | 19,068.00 |

Sheet no. __5___ of __7___ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)        355,249.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Van Der Molen Recreational Properties, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Salter Path Camp Ground, Inc.**<br>**P.O. Box 2323**<br>**Atlantic Beach, NC 28512** | - | | | **Lease obligation and loan** | X | X | | 1,882,500.00 |
| Account No.<br><br>**Severson & Associates**<br>**P.O. Box 130**<br>**Galesville, WI 54630** | - | | | **Trade debt** | | | | 73,418.00 |
| Account No.<br><br>**Stortz Satellite**<br>**14688 385th Ave.**<br>**Canton, MN 55922** | - | | | | | | | 23,513.00 |
| Account No.<br><br>**T&D Jewelry Sales**<br>**N6708 Karst Dr.**<br>**Eldorado, WI 54932** | - | | | | | | | 21,754.00 |
| Account No.<br><br>**Tall Pines Campground, Inc.**<br>**3700 S. Westport Ave.**<br>**#2035**<br>**Sioux Falls, SD 57106** | - | | | | | | | 27,133.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,028,318.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Van Der Molen Recreational Properties, Inc.**                                    Case No. _____
                                                                              ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Twin Lakes Master, LLC**<br>**380 S. Schmale Rd.**<br>**Ste. 100**<br>**Carol Stream, IL 60188** | - | | | | | | 16,650.00 |
| Account No. | | | | | | | |
| **Van Der Molen, Jeff**<br>**380 S. Schmale Rd.**<br>**Ste. 100**<br>**Carol Stream, IL 60188** | - | | | | | | 18,297.00 |
| Account No. | | | Utilities | | | | |
| **Village of Warrens**<br>**2380 Cty. O**<br>**Warrens, WI 54666** | - | | | | | | 39,788.00 |
| Account No. | | | Trade debt | | | | |
| **W&C Printing Company, Inc.**<br>**P.O. Box 307**<br>**Winona, MN 55987** | - | | | | | | 93,895.00 |
| Account No. | | | | | | | |
| **Waste Management**<br>**2421 West Peoria St.**<br>**Ste. 210**<br>**Phoenix, AZ 85029** | - | | | | | | 25,539.00 |

Sheet no. __7__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 194,169.00 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 5,221,056.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Adlit Distributing & Publishing
P.O. Box 600
Wisconsin Dells, WI 53965


Agudelo, Carlos
281 Kinnelon Rd.
Kinnelon, NJ 07405


Alexander, Richard L.
449 Hyland Dr.
Stoughton, WI 53589


Alliant Utilities Shared Savings
P.O. Box 3068
Cedar Rapids, IA 52406-3068


Answer Connect
P.O. Box 80040
Portland, OR 97280


Aspen Ave. Development, Inc.
380 Schmale
Ste. 100
Carol Stream, IL 60188


Aspen Avenue Development, Inc.


Bank of Mauston
503 State Hwy. 82 East
Mauston, WI 53948


Bank of the West
P.O. Box 1295
Issaquah, WA 98027


Bartingale Mechanical, Inc.
P.O. Box 1027
Eau Claire, WI 54702


Bruce Bryant
213 N. Friendswood Dr.
Friendswood, TX 77546

Canon Financial Services, Inc.
P.O. Box 4004
Carol Stream, IL 60197-4004


Carlton Financial
1907 East Wayzata Blvd.
Ste. 180
Wayzata, MN 55391


CBS Outdoor
P.O. Box 33074
Newark, NJ 07188-0074


Charter Media
P.O. Box 78876
Milwaukee, WI 53278


Cicardo, Tom and Lori
S5565 U.S. Hwy. 14
Viroqua, WI 54665


Daniel Coglianese Living Trust
1536 N. 20th Ave.
Melrose Park, IL 60160


Dax Investments, LLC
2119 Hall Rd.
Hartford, WI 53027


Dolphin Capital Corp.
P.O. Box 605
Moberly, MO 65270-0605


Drummer Boy, Inc.
94 Meade Dr.
Gettysburg, PA 17325


Ecolab
P.O. Box 70343
Chicago, IL 60673


Edward Van Der Molen

Farner Bocken Company
P.O. Box 368
Hwy. 30 Wast
IA 51410


Ferrell Gas
P.O. Box 17390
Denver, CO 80217-3940


George L. Welch
Welch Leasing
440 N. McClurg Ct., Ste. 711
Chicago, IL 60611


Great Lakes Commercial Sales, Inc.
12705 Robin Lane
Brookfield, WI 53005


Harlan Recreatioal Properties
1206 Red Cedar Court
Onalaska, WI 54650


Ingersoll Rand Financial
Div. of CitiCapital Comm. Corp.
P.O. Box 6229
Carol Stream, IL 60197-6229


Jeffrey Drive Business Park
380 S. Schmale Rd.
Ste. 100
Carol Stream, IL 60188


Kathleen K. Gneuhs, LLC
574 Dunhill Dr.
Lake Zurich, IL 60047


Kingdom Properties, LLC
380 S. Schmale Rd.
Ste. 100
Carol Stream, IL 60188


LaBancz, Robin
13207 Danner Path
Red Wing, MN 55066

Leaf Financial
P.O. Box 643172
Cincinnati, OH 45264-3172

Leisure Systems, Inc.
50 W. Techcenter Dr.
Ste. G
Milford, OH 45150-9879

Marlin Leasing
P.O. Box 13604
Philadelphia, PA 19101-3604

Marvel, Inc.
295 Buckingham Dr.
Branson, MO 65616

Merchants Capital
P.O. Box 248
Winona, MN 55987

Monroe County Treasurer
202 S. K. St., Room 3
Sparta, WI 54656

PACJETS Financial Ltd.
P.O. Box 1170
Milwaukee, WI 53201

Paigen, Beverly
70 Old Farm Rd.
Bar Harbor, ME 04609

Paris, William
6210 McDonald Rd.
Roscoe, IL 61073

Puget Sound Leasing Co., Inc.
P.O. Box 1295
Issaquah, WA 98027-1295

Quagliano, Timothy J.
8132 Raphael Dr.
Dubuque, IA 52003

Rail Sidings of Kenosha, LLC
380 Schmale Rd.
Ste. 100
Carol Stream, IL 60188


Ramaker & Associates, Inc.
1120 Dallas St.
Sauk City, WI 53583


Rezin Construction
1602 Rezin Rd.
Tomah, WI 54660-0456


Salter Path Camp Ground, Inc.
P.O. Box 2323
Atlantic Beach, NC 28512


Severson & Associates
P.O. Box 130
Galesville, WI 54630


Stortz Satellite
14688 385th Ave.
Canton, MN 55922


T&D Jewelry Sales
N6708 Karst Dr.
Eldorado, WI 54932


Tall Pines Campground, Inc.
3700 S. Westport Ave.
#2035
Sioux Falls, SD 57106


TextronFinancial Corp.
Dept. AT 40219
Atlanta, GA 31192-0219


Twin Lakes Master, LLC
380 S. Schmale Rd.
Ste. 100
Carol Stream, IL 60188

United Bank
203 E. Main St.
Mondovi, WI 54755


Van Der Molen, Jeff
380 S. Schmale Rd.
Ste. 100
Carol Stream, IL 60188


VGM Financial Services
P.O. Box 78523
Milwaukee, WI 53278-0523


Village of Warrens
2380 Cty. O
Warrens, WI 54666


Village of Warrens
211 Church St.
Warrens, WI 54666


W&C Printing Company, Inc.
P.O. Box 307
Winona, MN 55987


Waste Management
2421 West Peoria St.
Ste. 210
Phoenix, AZ 85029


Wisconsin Dept. of Revenue
2135 Rimrock Rd.
P.O. Box 8949 Stop 5-77
Madison, WI 53708


Yard Card Plus
P.O. Box 688
Memphis, TN 38101-0688